1 | MARK A. BYRNE (CA SBN 116657)
*markbyrne@byrnenixon.com*
2 | BYRNE & NIXON LLP
800 West Sixth Street, Suite 430
3 | Los Angeles, CA 90017
Telephone: (213) 620-8003
4 | Facsimile: (213) 620-8012

5 | Attorneys for Defendant
ADVANCED COSMETIC RESEARCH
6 | LABORATORIES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 08-576 |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT** |
| vs. | ) | |
| ADVANCED COSMETIC RESEARCH LABS, INC., | ) | Old Date: June 16, 2008
New Date: July 7, 2008 |
| Defendant. | ) | |

Defendant Advanced Cosmetic Research Laboratories, Inc. ("ACRL"), by and through its counsel of record, Mark A. Byrne of Byrne & Nixon LLP, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney (AUSA) Joseph O. Johns, hereby stipulate and agree to request that the Court continue the Post Indictment Arraignment ("PIA") of Advanced Cosmetic Research Laboratories, Inc., currently set for June 16, 2008, at 8:30 a.m., until July 7, 2008, at 8:30 a.m., when all counsel and the parties are available for the PIA.

//
//
//
//

STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT

1  Dated: June 4, 2008

UNITED STATES OF AMERICA

_/s/ Joseph O. Johns_
Joseph O. Johns
Assistant United States Attorney

Counsel for Plaintiff
UNITED STATES OF AMERICA

7  Dated: June 4, 2008

BYRNE & NIXON LLP

_/s/ Mark A. Byrne_
Mark A. Byrne

Counsel for Defendant
Advanced Cosmetic Research
Laboratories, Inc.

-2-

STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT