1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSEPH O. JOHNS (No. 144524)
4  Assistant United States Attorney
   Chief, Environmental Crimes Section
5       1300 U.S. Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4536
7       Email: joseph.johns@usdoj.gov

8  Attorneys for Plaintiff
   United States of America
9

10                   UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,      ) CR No. 08-576
                                   )
13            Plaintiff,           ) GOVERNMENT'S EX PARTE
                                   ) APPLICATION TO DISMISS
14       v.                        ) INDICTMENT WITHOUT PREJUDICE
                                   ) PURSUANT TO NON-PROSECUTION
15  ADVANCED COSMETIC RESEARCH     ) AGREEMENT
    LABS, INC.,                    )
16                                 )
                                   )
17            Defendant.           )
                                   )
18                                 )

19

20       Plaintiff United States of America, by and through its

21  counsel of record, respectfully submits an ex parte application

22  requesting that the indictment against defendant Advanced

23  Cosmetic Research Labs, Inc. ("ACRL") be dismissed without

24  prejudice.  This request is based upon the following:

25       1.  Advanced Cosmetic Research Labs, Inc. has been charged

26  in the matter of United States v. Advanced Cosmetic Research

27  Labs, Inc., Case No. CR-08-576, with a single felony count of

28  knowingly causing the illegal storage of hazardous waste at a

1  facility without a permit, in violation of 42 U.S.C. § 6928(d).
2  The parties have entered into a Non-prosecution Agreement ("NPA")
3  that includes dismissal of this criminal matter without
4  prejudice.  In the event that ACRL fails to comply with the terms
5  and conditions of the NPA, it is the understanding of the parties
6  that the Government will re-institute the criminal charges in
7  this matter.  In order to preserve the Government's ability to do
8  so, ACRL has agreed in a separate agreement to toll the
9  applicable statute of limitations for the presently charged
10 violation of 42 U.S.C. § 6928(d).

    On this basis, the government respectfully requests that the matter of <u>United States v. Advanced Cosmetic Research Labs, Inc.</u>, Case No. CR-08-576, be dismissed without prejudice in lieu of the parties execution of an NPA.

DATED: October 18, 2008

                         Respectfully submitted,

                         THOMAS P. O'BRIEN
                         United States Attorney

                         CHRISTINE C. EWELL
                         Assistant United States Attorney
                         Chief, Criminal Division


                              /S/
                         _____
                         JOSEPH O. JOHNS
                         Assistant U.S. Attorney
                         Chief, Environmental Crimes Section