THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JOSEPH O. JOHNS (No. 144524)
Assistant United States Attorney
Chief, Environmental Crimes Section
    1300 U.S. Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4536
    Email: joseph.johns@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-576 |
| Plaintiff, | [PROPOSED] ORDER RE: GOVERNMENT'S EX PARTE APPLICATION TO DISMISS INDICTMENT WITHOUT PREJUDICE PURSUANT TO NON-PROSECUTION AGREEMENT |
| v. | |
| ADVANCED COSMETIC RESEARCH LABS, INC., | |
| Defendant. | |

THE COURT HEREBY FINDS as follows:

(a)   Defendant Advanced Cosmetic Research Labs, Inc. ("ACRL") has been charged in the matter of United States v. Advanced Cosmetic Research Labs, Inc., Case No. CR-08-576, with a single felony count of knowingly causing the illegal storage of hazardous waste at a facility without a permit, in violation of 42 U.S.C. § 6928(d). The parties have entered into a Non-prosecution Agreement ("NPA") that includes dismissal of this criminal matter without prejudice. In the event that ACRL fails

1  to comply with the terms and conditions of the NPA, it is the
2  understanding of the parties that the Government will re-
3  institute the criminal charges in this matter.  In order to
4  preserve the Government's ability to do so, ACRL has agreed in a
5  separate agreement to toll the applicable statute of limitations
6  for the presently charged violation of 42 U.S.C. § 6928(d).
7       (b)   The government has respectfully requested that the
8  matter of <u>United States v. Advanced Cosmetic Research Labs, Inc.</u>,
9  Case No. CR-08-576, be dismissed without prejudice in lieu of the
10 parties execution of an NPA.
11      ACCORDINGLY, IT IS HEREBY ORDERED that the indictment be
12 dismissed without prejudice in the interest of justice.
13 Dated: _____, 2008.

                                                       _____
                                                       United States Magistrate Judge